IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

QUARTAVIS DEMONTEZ MULDREW                                          PLAINTIFF

v.                                   Case No. 4:24-cv-4085

DETECTIVE JIMMY COURTNEY                                            DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Upon preservice screening of Plaintiff's Second Amended Complaint (ECF No. 14) pursuant to 28 U.S.C. § 1915A, Judge Bryant recommends that the Second Amended Complaint be dismissed without prejudice for failure to state a claim. Judge Bryant further recommends that the Clerk be directed to place a § 1915(g) strike flag on the case for future judicial consideration.

Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 17) in toto. Plaintiff's Second Amended Complaint (ECF No. 14) is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is hereby directed to place a § 1915(g) strike flag on the case for future judicial consideration.

**IT IS SO ORDERED**, this 14th day of February, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge